IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRACY JOHNSON**            **PLAINTIFF**

**V.**            **CASE NO. 4:20-CV-350-JM**

**WALMART**            **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal with Prejudice (ECF No. 28), the Court finds that this case should be dismissed. The pending motions (ECF Nos. 23, 25) are moot, and the Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of October, 2023.

_____
James M. Moody Jr.
United States District Judge